ision, Second Department. April 22, 1910.) Action by Anthony Clinchy against Daniel D. Brown and another. No opinion. Motion denied, with $10 costs. See, also, 122 N. Y. Supp. 1124.

COAKLEY v. RICKARD. In re BRENEN. GERMANSKY v. GUTERMAN (two cases). Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Cornelius C. Coakley against George L. Rickard. See, also, 121 N. Y. Supp. 280. In the matter f Edward Brenen, an incompetent person. See, also, 121 N. Y. Supp. 199. Actions by Abraham Germansky against Louis Guterman. See, also, 121 N. Y. Supp. 121. No opinions. Motions denied, with $10 costs. Orders filed.

COEUR D'ALENE NORTH FORK MINING & SMELTING CO. v. PAUL et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by the Coeur D'Alene North Fork Mining & Smelting Company against Frank Paul and others. O. B. Bergstrom, in pro. per. V. Taylor, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COGAN. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of Joseph M. Cogan, an attorney. No opinion. Application granted, and respondent disbarred.

COHAN et al. v. WALTER et al. (two cases). Supreme Court, Appellate Division, First Department. March 31, 1910.) Actions by George M. Cohan and others against Eugene Walter and others. No opinions. Motions denied, without costs. Order filed. See, also, 129 App. Div. 911, 114 N. Y. Supp. 1122.

COHAN et al., Appellants, v. WALTER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by George M. Cohan and another against Eugene Walter and another. W. B. Hale, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

COHEN et al., Respondents, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Benjamin Cohen and another against Isaac Cohen and others. No opinion. Appeal withdrawn in open court.

COLE, Respondent, v. TOZER, Appellant. Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Mabel Cole against John Tozer. No opinion. Motion denied. See, also, 120 N. Y. Supp. 1119.

COLLINS, Respondent, v. FLANNERY, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by R. Frederick Collins against Joseph M. Flannery. N. Johnson, for appellant. J. S. Mc-

Donogh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONKLIN, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Oscar R. Conklin against the New York, Ontario & Western Railway Company. No opinion. Motion denied. See, also, 120 N. Y. Supp. 1119.

CONLON v. KELLY et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Eva K. Conlon against Mary A. Kelly and others. F. J. Swift, for appellant. W. M. Smith and W. J. Fanning, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 App. Div. 624, 110 N. Y. Supp. 1070; 120 N. Y. Supp. 1140; 121 N. Y. Supp. 1084.

CONTI, Respondent, v. RAO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Thomas O. Conti against Antonio Rao and another. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the judgment is against the weight of evidence.

COOGAN, Respondent, v. COLEMAN STABLE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Leo Coogan, an infant, against the Coleman Stable Company. I. N. Jacobson, for appellant. J. Rosenzweig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COTHREN. (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Frank H. Cothren, an attorney. No opinion. Reference ordered. Settle order on notice.

COVIT v. TUCKER ELECTRICAL CONST. CO. GUTMAN v. HENRY B. HARRIS CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by John A. Covit against the Tucker Electrical Construction Company and by Arthur Gutman against the Henry B. Harris Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 65 Misc. Rep. 567, 120 N. Y. Supp. 870.

CREUGER, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Herman Creuger against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. A. L. Marilly, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.